IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

BILLY JOE DENHAM, JR.                                                                    PLAINTIFF

VS.                                       Civil No. 09-CV-4094

DAVID STINSON, Narcotics
Investigator, Howard County,
Arkansas                                                                                 DEFENDANT

## ORDER

Now on this 9th day of November, 2009, comes on for consideration the proposed findings and recommendations filed herein on October 19, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the Court hereby adopts in toto the findings and recommendations.

Accordingly, the Court finds that the Plaintiff's request to proceed *in forma pauperis* [Doc. 3] should be and is hereby denied. The Plaintiffs' complaint is therefore dismissed with prejudice. The claims asserted are frivolous and fail to state claims upon which relief may be granted. 28 U.S.C. § 1915A(b)(1)

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**